UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on October 3, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Walter J. Mrozinski

| | |
|---|---|
| Case Number: | 16-27229 |
| Hearing Date: | 10/3/2017 |
| Judge: | JNP |
| Chapter: | 13 |

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER REINSTATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 3, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter having been presented to the Court by _____debtor_____ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The automatic stay as to _____U.S. Bank NA_____ is reinstated effective the date of this order.

*rev.7/12/16*